**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-6401**

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

         v.

DANIEL RAY BUIE,

        Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Florence.  Terry L. Wooten, Chief District Judge.  (4:08-cr-00964-TLW-1)

Submitted:  July 20, 2017                           Decided:  July 25, 2017

Before DUNCAN and WYNN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Daniel Ray Buie, Appellant Pro Se.  Alfred William Walker Bethea, Jr., Assistant United States Attorney, Florence, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Daniel Ray Buie pled guilty to possession with intent to distribute crack cocaine and possession of a firearm during the commission of a drug trafficking offense. The district court sentenced him to 192 months' imprisonment. On direct appeal, this court affirmed the judgment. *United States v. Buie*, 421 F. App'x 281 (4th Cir. 2011) (No. 10-4740). Buie filed a second notice of appeal of the criminal judgment. Because we have previously affirmed this criminal judgment, we dismiss the appeal as duplicative and untimely. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*